# BBC GROUP CA LLC
## PROFIT AND LOSS STATEMENT
## YEAR TO DATE: APRIL 27, 2022

### SALES

| | |
|---|---:|
| CHOWNOW | 2,341.50 |
| DOORDASH | 20,600.25 |
| GRUBHUB | 10,569.25 |
| MOBILE FOOD MENU | 14,433.42 |
| SQUARE | 194,524.25 |
| UBER, POSTMATES | 24,136.25 |
| EZCATER | 142.00 |
| **TOTAL SALES** | **266,746.92** |

### EXPENSES

| | |
|---|---:|
| DIRECT OPERATING COST:License and Permits | 1,692.65 |
| EMPLOYEE BENEFITS:Payroll Taxes | 0.00 |
| GENERAL AND ADMINISTRATIVE:Bank Service Charges | 564.60 |
| GENERAL AND ADMINISTRATIVE:Insurance Expense | 8,827.09 |
| GENERAL AND ADMINISTRATIVE:Miscellaneous | 2,638.17 |
| GENERAL AND ADMINISTRATIVE:Miscellaneous:Janitorial Service | 1,700.00 |
| GENERAL AND ADMINISTRATIVE:Payroll processing | 3,228.46 |
| GENERAL AND ADMINISTRATIVE:Telephone Expense | 562.00 |
| OCCUPANCY COST:Rent Expense | 48,400.00 |
| REPAIR AND MAINTENANCE | 650.00 |
| REPAIR AND MAINTENANCE:Equipment | 345.00 |
| SALARIES AND WAGES | 199,762.09 |
| **TOTAL EXPENSES** | **268,370.06** |

**NET INCOME / (LOSS)**  (1,623.1)