BBC GROUP CA LLC
BALANCE SHEETS
YEAR TO DATE: APRIL 27, 2022

ASSET

| | |
|---|---:|
| CASH AND CHECKING ACCOUNT | 4,712.27 |
| OTHER ASSETS | 342,326.77 |
| TOTAL ASSETS | 347,039.04 |

LIABILITIES AND OWNERS EQUITY

| | |
|---|---:|
| PAYABLES | 794,283.98 |
| RETAINED EARNINGS | (445,621.80) |
| INCOME/(LOSS) | (1,623.14) |
| OWNERS EQUITY | (447,244.94) |
| TOTAL LIABILITY AND OWNERS EQUITY | 347,039.04 |