Ballstaedt Law Firm, LLC dba Fair Fee Legal Services
Seth D. Ballstaedt, Esq. Bar # 11516
8751 W Charleston Blvd #220
Las Vegas, NV 89117
(702) 715-0000
help@bkvegas.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

|  |  |
|---|---|
| In re: | Case No. 22-11539-mkn |
|  | Trustee: BRIAN D. SHAPIRO |
| BBC GROUP CA, LLC | Chapter: 11 |
| Debtor(s) |  |

**ORDER ON STIPULATION**

The parties having agreed to the terms set forth in **STIPULATION** regarding Debtor's lease and rejection for the premises located at Store Number FC9 in Westfield Century City, Los Angeles, California are bound by the terms of their stipulation, which shall be the Order of this Court.

The terms of the stipulation are set forth below

    1. The lease for certain premises known as Store Number FC9 in Westfield Century City, Los Angeles, California (hereinafter referred to as the "Premises"), shall be rejected as of the later of (i) June 15, 2022; and (ii) the date Debtor or Debtor's counsel provides written notice to Landlord or Landlord's managing agent or counsel that Landlord may immediately take possession of the Premises, and such notice shall include any keys, key codes, and/or security codes for the Premises (the later date being the "Rejection Effective Date");

    2. Any and all personal property remaining at the Premises shall be deemed abandoned as of the Rejection Effective Date and Landlord may retain or dispose of such property without liability to Debtor or any third party, with Landlord reserving claims for the costs of such disposition;

    3. Debtor shall dispose of all personally identifiable information and hazardous materials, if any, at the Premises by the Rejection Effective Date;

    4. Debtor consents to relief from the automatic stay to permit Landlord to take possession of the Premises and deal with any remaining personal property; and

    5. Landlord may assert a claim under Bankruptcy Code sections 365(d)(3) and/or 503(b) for lease obligations from the petition date through the Rejection Effective Date, with Debtor's rights to object reserved.

**IT IS SO ORDERED.**

                                                                Submitted by:

                                                                /s/ Seth D Ballstaedt, Esq.
                                                                Seth D Ballstaedt, Esq.
                                                              *Attorney for Debtor(s)*