**Fill in this information to identify the case:**

Debtor name: **BBC GROUP CA, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known): **22-11539**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................ $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................ $ 691,000.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................... $ 691,000.00

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................. $ 40,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $ 156,813.16

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........... +$ 1,690,544.00

4. **Total liabilities** ........................................................................................................... $ 1,887,357.16
   Lines 2 + 3a + 3b

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **BBC GROUP CA, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | **22-11539** |

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100,000.00 | $100,000.00 |
| | Date or dates debt was incurred<br>**4/30/2022** | Basis for the claim:<br>**Q1 2022 Outstanding Payroll Taxes ESTIMATED** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $56,813.16 | $56,813.16 |
| | Date or dates debt was incurred | Basis for the claim:<br>**WT-FICA 12/31/2021**<br>**BASED on IRS POC** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | BBC GROUP CA, LLC | Case number (if known) | 22-11539 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>Alsco<br>2300 N Commerce Street<br>North Las Vegas, NV 91203<br>Date(s) debt was incurred  1/1/2021<br>Last 4 digits of account number  na | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Suplier<br>Is the claim subject to offset?  ■ No   ☐ Yes | $20,000.00 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Continental Development Group<br>4114 Sepulveda Blvd, Suite L<br>Culver City, CA 90230<br>Date(s) debt was incurred  3/1/2022<br>Last 4 digits of account number  NA | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Store lease<br>Is the claim subject to offset?  ■ No   ☐ Yes | $400,000.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Employers CA<br>14435 N 7th St, suite 201<br>Phoenix, AZ 85022<br>Date(s) debt was incurred  2/1/2021<br>Last 4 digits of account number  9497 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Insurance expense<br>Is the claim subject to offset?  ■ No   ☐ Yes | $42,000.00 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Karen Hatfield<br>143 South La Brea<br>Los Angeles, CA 90036<br>Date(s) debt was incurred  3/31/2022<br>Last 4 digits of account number  NA | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Store lease<br>Is the claim subject to offset?  ■ No   ☐ Yes | $270,000.00 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>LADWP<br>NA<br>Los Angeles, CA 91203<br>Date(s) debt was incurred  12/31/2021<br>Last 4 digits of account number  NA | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Utilities<br>Is the claim subject to offset?  ■ No   ☐ Yes | $68,000.00 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Paychex<br>911 Panorama trail soutrh<br>Rochester, NY 14625<br>Date(s) debt was incurred  2/1/2021<br>Last 4 digits of account number  NA | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Lawsuit<br>Is the claim subject to offset?  ■ No   ☐ Yes | $80,000.00 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Robert Gould<br>Lipeles Law Group, 880 Appolo Street sui<br>El Segundo, CA 90245<br>Date(s) debt was incurred  5/1/2021<br>Last 4 digits of account number  NA | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Lawsuit<br>Is the claim subject to offset?  ■ No   ☐ Yes | $10,000.00 |

Debtor **BBC GROUP CA, LLC**
Name

Case number (if known) **22-11539**

| | | |
|---|---|---|
| **3.8** | **Nonpriority creditor's name and mailing address**<br>Small Business Administration<br>PO Box 740192<br>Atlanta, GA 30374-0192<br><br>Date(s) debt was incurred  **2020**<br>Last 4 digits of account number  **_** | **As of the petition filing date, the claim is:** Check all that apply.  **$150,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Paycheck Protection Program Loan #1 and #2 (forgiven), Economic Injury Disaster Loan (EIDL)**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| **3.9** | **Nonpriority creditor's name and mailing address**<br>Souther California Gas<br>NA<br>Los Angeles, CA 91203<br><br>Date(s) debt was incurred  **12/31/2021**<br>Last 4 digits of account number  **814,200,346,905,934,000,000,00** | **As of the petition filing date, the claim is:** Check all that apply.  **$53,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Utilities**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| **3.10** | **Nonpriority creditor's name and mailing address**<br>Southern California Edison<br>na<br>Los Angeles, CA 91203<br><br>Date(s) debt was incurred  **12/31/2021**<br>Last 4 digits of account number  **9374** | **As of the petition filing date, the claim is:** Check all that apply.  **$31,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **electric**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| **3.11** | **Nonpriority creditor's name and mailing address**<br>Sysco<br>20701 east currier rd<br>Pasadena, CA 91789<br><br>Date(s) debt was incurred  **1/27/2019**<br>Last 4 digits of account number  **6349** | **As of the petition filing date, the claim is:** Check all that apply.  **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Supplier**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| **3.12** | **Nonpriority creditor's name and mailing address**<br>Waste Management<br>P.O.Box 43530<br>Phoenix, AZ 85080<br><br>Date(s) debt was incurred  **12/31/2021**<br>Last 4 digits of account number  **NA** | **As of the petition filing date, the claim is:** Check all that apply.  **$2,500.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Utilities**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| **3.13** | **Nonpriority creditor's name and mailing address**<br>Westfield<br>2049 Century Park East, 41st floor<br>Los Angeles, CA 90067<br><br>Date(s) debt was incurred  **3/31/2022**<br>Last 4 digits of account number  **NA** | **As of the petition filing date, the claim is:** Check all that apply.  **$564,044.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Store Lease**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

Debtor  **BBC GROUP CA, LLC**
        Name

Case number (if known)  **22-11539**

|  | Total of claim amounts |
|---|---|
| **5a. Total claims from Part 1** | 5a. $ 156,813.16 |
| **5b. Total claims from Part 2** | 5b. + $ 1,690,544.00 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. $ 1,847,357.16 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **BBC GROUP CA, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | **22-11539** |

■ Check if this is an amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **property located at 2146 Colorado Blvd, Los Angeles CA 90042 (Assume)** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **2144, 2146 Colorado Blvd, LLC<br>2029 Edgewood Dr.<br>South Pasadena, CA 91030** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Property located at 16350 Venture Blvd Suite A Encino, CA 91436 (assume)** | |
| | State the term remaining | | **Avalon Bay Communities Inc.<br>Attn: legal department<br>4040 Wilson Blvd<br>Suite 1000<br>Arlington, VA 22203** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **10250 Santa Monica Blvd Suite 1, Los Angeles, CA 90067 (Vacated/Reject)** | |
| | State the term remaining | | **Century City Mall, LLC<br>2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90067** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **4114 Sepulveda Blvd, Culver City 90230 (Vacated/reject)** | |
| | State the term remaining | | **Continental Development Group<br>4114 Sepulveda Blvd, Suite L<br>Culver City, CA 90230** |
| | List the contract number of any government contract | | |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 1 of 2

| Debtor 1 | BBC GROUP CA, LLC | | Case number (*if known*) | 22-11539 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

# Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2.5. State what the contract or lease is for and the nature of the debtor's interest

**108 W 2nd St**
**Unit #105**
**Los Angeles, CA 90012**
**(vacated/reject)**

State the term remaining

List the contract number of any government contract

**Karen Hatfield**
**143 South La Brea**
**Los Angeles, CA 90036**

2.6. State what the contract or lease is for and the nature of the debtor's interest

**delivery truck 2021 Dodge Ram**

State the term remaining

List the contract number of any government contract

**Mitsubishi Lease**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **BBC GROUP CA, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | **22-11539** |

■ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ☐ Operating a business<br>■ Other **Gross Receipts** | $266,747.00 |
   | **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other **Gross Receipts** | $346,005.00 |
   | **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ☐ Operating a business<br>■ Other **Gross Receipts** | $861,202.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2021** to **12/31/2021** | **Payroll Protection Program ("PPP2")** | $270,000.00 |
   | **For prior year:**<br>From **1/01/2021** to **12/31/2021** | **Employee Retention Tax Credit ("ERTC")** | $230,000.00 |
   | **For year before that:**<br>From **1/01/2020** to **12/31/2020** | **Payroll Protection Program ("PPP1")** | $292,000.00 |

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 1

Debtor **BBC GROUP CA, LLC**                                  Case number (if known) **22-11539**

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For year before that:** From **1/01/2020** to **12/31/2020** | Employee Retention Tax Credit ("ERTC") | $130,000.00 |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|
   | 3.1. 2144, 2146 Colorado Blvd, LLC<br>2029 Edgewood Dr.<br>South Pasadena, CA 91030 | rent payment for Feb, Mar, Apr 2022 | $24,900.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other __ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

### Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|

| Debtor | BBC GROUP CA, LLC | Case number (if known) | 22-11539 |

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Continental Development v. BBC Group CA, LLC** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Harsch Properties v. BBC Group CA, LLC** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Paychex Inc. vs. BBC Group CA, LLC, BBC Group NV, LLC**<br>**E2021007953** | **Payroll Services** | **State of New York Supreme Court**<br>**Country of Monroe** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Robert Gould v. BBC Group CA, LLC**<br>**20STCV27498** | **Employment Dispute** | **Superior Court of the State of Californi**<br>**County of Los Angeles** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **OVERLAND PARTNERS SEPULVEDA LLC, v. BBC Group CA, LLC**<br>**21SMCV00444** | **Landlord/Tenant** | **SUPERIOR COURT OF THE STATE OF CALIFORNI COUNTY OF LOS ANGELES, WEST DISTRICT** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Sysco Los Angeles v. BBC Group CA, LLC**<br>**22STLC01284** | **Landlord/Tenant** | **Superior Court of California**<br>**County of Los Angeles**<br>**111 N. Hill Street #102**<br>**Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Delivery truck was totaled and replaced with a new truck** | **claim made through vehicle insurance policy** | **11/2021** | **$30,000.00** |

Debtor   **BBC GROUP CA, LLC**                                    Case number *(if known)* **22-11539**

---

| Part 6: | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Fair Fee Legal Services**<br>**8751 W. Charleston Blvd.**<br>**Suite 220**<br>**Las Vegas, NV 89117** | **$1,738 Filing Fee**<br>**$2,000 Attorney Fees** | **4/26/2022** | **$3,738.00** |
| | Email or website address<br>**help@bkvegas.com** | | | |
| | Who made the payment, if not debtor?<br>**Jacob Tchamanian** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | **Previous Locations** |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☒ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

Debtor **BBC GROUP CA, LLC**  Case number *(if known)* **22-11539**

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Credit Card Information from Customers**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

Official Form 207  **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**  page **5**

| Debtor | **BBC GROUP CA, LLC** | Case number (if known) | **22-11539** |
|---|---|---|---|

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

    | Case title Case number | Court or agency name and address | Nature of the case | Status of case |
    |---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|

### Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

    | Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
    |---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

    | Name and address | | Date of service From-To |
    |---|---|---|
    | 26a.1. | **Jacob Tchamanian 3815 Fairmeade Rd Pasadena, CA 91107** | **2018 to present** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page **6**

Debtor  **BBC GROUP CA, LLC**                                                                      Case number *(if known)* **22-11539**

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Jacob Tchamanian** <br> **3815 Fairmeade Rd** <br> **Pasadena, CA 91107** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Avalon Bay Communities Inc.** <br> **Attn: legal department** <br> **4040 Wilson Blvd** <br> **Suite 1000** <br> **Arlington, VA 22203** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

    | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
    |---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

    | Name | Address | Position and nature of any interest | % of interest, if any |
    |---|---|---|---|
    | **Jacob Tchamanian** | **3815 Fairmeade Rd** <br> **Pasadena, CA 91107** | **Managing Member** | **50** |

    | Name | Address | Position and nature of any interest | % of interest, if any |
    |---|---|---|---|
    | **Silva Chamanian** | **3815 Fairmeade Rd.** <br> **Pasadena, CA 91107** | **Member** | **50** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

| Debtor | BBC GROUP CA, LLC | Case number (if known) | 22-11539 |
|---|---|---|---|

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 20, 2022**

**/s/ Jacob Tchamanian**                                **Jacob Tchamanian**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re **BBC GROUP CA, LLC**　　　　　　　　　　　　　　　　　　　Case No. **22-11539**
　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 2,000.00 |
   | Prior to the filing of this statement I have received | $ 2,000.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ☐ Debtor　　■ Other (specify): **Jacob Tchamanian**

3. The source of compensation to be paid to me is:

   ■ Debtor　　☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

　　I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June 20, 2022** | **/s/ Seth D Ballstaedt, Esq.** |
| *Date* | **Seth D Ballstaedt, Esq.** |
| | *Signature of Attorney* |
| | **Fair Fee Legal Services** |
| | **8751 W. Charleston Blvd.** |
| | **Suite 220** |
| | **Las Vegas, NV 89117** |
| | **(702) 715-0000　Fax: (702) 666-8215** |
| | **help@bkvegas.com** |
| | *Name of law firm* |