

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 01, 2022 through April 29, 2022

Account:  6925

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00045348 DRE 703 141 12022 NNNNNNNNNNN T  1 000000000 64 0000

BBC GROUP CA, LLC
3815 FAIRMEADE RD
PASADENA CA 91107-2229

## CHECKING SUMMARY    Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $1,020.10 |
| Deposits and Additions | 7 | 24,100.00 |
| Checks Paid | 20 | -22,524.40 |
| Electronic Withdrawals | 4 | -2,183.70 |
| Other Withdrawals | 1 | -197.00 |
| Fees | 3 | -115.40 |
| Ending Balance | 35 | $99.60 |

The monthly service fee for this account was waived as an added feature of Chase Private Client Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/04 | Online Transfer From Chk ...5152 Transaction#: 14038146454 | $500.00 |
| 04/08 | Fedwire Credit Via: United States Bank N.A/121122676 B/O: George D Group LLC Pasadena,CA,91107 US Ref: Chase Nyc/Ctr/Bnf=Bbc Group CA, LLC Pasadena CA 91107-2229 US/Ac-00000 0005830 Rfb=220408005933 Obi=Fund T Ransfer For Payroll Bbc CA 20 22040 8 Bbi=/Chgs/USD0,00/ Imad: 0408J1Q5040C000323 Trn: 0144270098Ff | 15,000.00 |
| 04/08 | Deposit     1163597169 | 5,000.00 |
| 04/11 | Online Transfer From Chk ...5152 Transaction#: 14089568808 | 1,500.00 |
| 04/13 | Online Transfer From Chk ...5152 Transaction#: 14104004334 | 1,000.00 |
| 04/15 | Online Transfer From Chk ...5152 Transaction#: 14121961797 | 1,000.00 |
| 04/20 | Online Transfer From Chk ...8852 Transaction#: 14158067858 | 100.00 |
| **Total Deposits and Additions** | | **$24,100.00** |



April 01, 2022 through April 29, 2022

Account: REDACTED 5925

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 51222 ^ | | 04/11 | $2,582.02 |
| 51223 ^ | | 04/11 | 380.49 |
| 51224 ^ | | 04/12 | 210.89 |
| 51225 ^ | | 04/08 | 2,289.03 |
| 51226 ^ | | 04/08 | 697.58 |
| 51227 ^ | | 04/11 | 1,180.73 |
| 51228 ^ | | 04/08 | 2,976.44 |
| 51229 ^ | | 04/11 | 672.42 |
| 51230 ^ | | 04/11 | 1,257.85 |
| 51231 ^ | | 04/08 | 825.95 |
| 51232 ^ | | 04/11 | 1,020.52 |
| 51233 ^ | | 04/08 | 685.60 |
| 51234 ^ | | 04/11 | 1,110.67 |
| 51236 *^ | | 04/13 | 987.31 |
| 51237 ^ | | 04/08 | 1,663.17 |
| 51239 *^ | | 04/11 | 1,782.14 |
| 583017235 *^ | | 04/01 | 232.13 |
| 583017239 *^ | | 04/04 | 689.72 |
| 583017240 ^ | | 04/12 | 1,193.16 |
| 583017241 ^ | | 04/15 | 86.58 |
| **Total Checks Paid** | | | **$22,524.40** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | Orig CO Name:ADP Payroll Fees     Orig ID:9659605001 Desc Date:220401 CO Entry Descr:ADP - Feessec:CCD    Trace#:021000024440067 Eed:220401   Ind ID:2R967   1812358   Ind Name:Bbc Group CA LLC | $294.03 |
| 04/06 | 04/06 Online Transfer To Chk ...5152 Transaction#: 14051983545 | 100.00 |
| 04/15 | Orig CO Name:ADP Payroll Fees     Orig ID:9659605001 Desc Date:220415 CO Entry Descr:ADP - Feessec:CCD    Trace#:021000025407585 Eed:220415   Ind ID:2R967   4191624   Ind Name:Bbc Group CA LLC | 289.67 |
| 04/19 | 04/19 Online Transfer To Chk ...5152 Transaction#: 14149677525 | 1,500.00 |
| **Total Electronic Withdrawals** | | **$2,183.70** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/25 | Coal-19Apr22-117 | $197.00 |
| **Total Other Withdrawals** | | **$197.00** |



April 01, 2022 through April 29, 2022

Account: REDACTED 6925

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/08 | Domestic Incoming Wire Fee | $15.00 |
| 04/19 | Legal Processing Fee | 100.00 |
| 04/29 | Monthly Service Fee | 0.40 |
| **Total Fees** | | **$115.40** |

Monthly Service Fee

Excess Transaction Fees will be in addition to the Monthly Service Fee of either $0 or $15.00. The sum of the Monthly Service Fee and Excess Transaction Fees will be included in the AMOUNT above.

You can use 20 of the following transactions each monthly cycle for no charge:

- Paper checks written on the account
- Deposits and withdrawals made with a teller

After 20, Excess Transaction Fees are $0.40 each. Your total transactions: 21.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 04/01 | $493.94 | 04/11 | 2,564.61 | 04/19 | 197.00 |
| 04/04 | 304.22 | 04/12 | 1,160.56 | 04/20 | 297.00 |
| 04/06 | 204.22 | 04/13 | 1,173.25 | 04/25 | 100.00 |
| 04/08 | 11,051.45 | 04/15 | 1,797.00 | 04/29 | 99.60 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



April 01, 2022 through April 29, 2022
Account: REDACTED 5925

This Page Intentionally Left Blank