

| | |
|---|---|
| P.O. Box 15284<br>Wilmington, DE 19850 | **Business Advantage**<br>**Customer service information** |
| | ☐ 1.888.BUSINESS (1.888.287.4637) |
| BBC GROUP CA, LLC<br>1480 COLORADO BLVD STE 210<br>LOS ANGELES, CA  90041-2382 | ✎ bankofamerica.com |
| | ✉ Bank of America, N.A.<br>P.O. Box 25118<br>Tampa, FL 33622-5118 |

## Your Business Advantage Relationship Banking

for April 1, 2022 to April 30, 2022                                                    REDACTED 609

**BBC GROUP CA, LLC**

### Account summary

| | | | |
|---|---:|---|---|
| Beginning balance on April 1, 2022 | $5,873.27 | # of deposits/credits: | 23 |
| Deposits and other credits | 63,508.93 | # of withdrawals/debits: | 44 |
| Withdrawals and other debits | -55,783.64 | # of items-previous cycle[1]: | 5 |
| Checks | -12,833.17 | # of days in cycle: | 30 |
| Service fees | -15.00 | Average ledger balance: | $2,489.96 |
| **Ending balance on April 30, 2022** | **$750.39** | [1]Includes checks paid, deposited items and other debits | |

---

BANK OF AMERICA BUSINESS ADVANTAGE

### Remember, you've got a banking partner ready to help.

As your dedicated Small Business Banker, I'm here to guide you and help with all your business's financial needs. If you'd like to meet, please contact me.

Antranik Markarian
323.616.1248
amarkarian@bofa.com

SSM-07-21-0006.B | 3646943

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation

Bank of America, N.A. Member FDIC and    Equal Housing Lender



BBC GROUP CA, LLC  |  Account # REDACTED 609  |  April 1, 2022 to April 30, 2022

**Your checking account**

## Deposits and other credits

| Date | Description | | | Amount |
|---|---|---|---|---:|
| 04/04/22 | Online Banking transfer from CHK 3847 Confirmation# 2109184266 | | | 3,700.00 |
| 04/04/22 | Counter Credit | | | 1,134.00 |
| 04/04/22 | Online Banking transfer from CHK 9258 Confirmation# 2209186044 | | | 900.00 |
| 04/05/22 | CA TLR transfer | | | 33,000.00 |
| 04/07/22 | Online Banking transfer from CHK 3847 Confirmation# 3136115952 | | | 4,200.00 |
| 04/07/22 | Online Banking transfer from CHK 9258 Confirmation# 2236112839 | | | 1,100.00 |
| 04/11/22 | Online Banking transfer from CHK 3847 Confirmation# 1369570802 | | | 3,300.00 |
| 04/11/22 | Online Banking transfer from CHK 9258 Confirmation# 1269572693 | | | 1,700.00 |
| 04/12/22 | Online Banking transfer from CHK 3847 Confirmation# 3177633321 | | | 1,600.00 |
| 04/12/22 | Online Banking transfer from CHK 9258 Confirmation# 3377636766 | | | 400.00 |
| 04/14/22 | Online Banking transfer from CHK 3847 Confirmation# 3395283335 | | | 1,000.00 |
| 04/14/22 | Online Banking transfer from CHK 9258 Confirmation# 3395285123 | | | 500.00 |
| 04/14/22 | BKOFAMERICA MOBILE 04/14 3711078823 DEPOSIT | *MOBILE | CA | 486.20 |
| 04/14/22 | BKOFAMERICA MOBILE 04/14 3722256040 DEPOSIT | *MOBILE | CA | 38.73 |
| 04/18/22 | Online Banking transfer from CHK 3847 Confirmation# 1130260565 | | | 4,100.00 |
| 04/18/22 | Online Banking transfer from CHK 9258 Confirmation# 3530263244 | | | 1,000.00 |
| 04/20/22 | Online Banking transfer from CHK 1006 Confirmation# 2549043126 | | | 100.00 |
| 04/25/22 | Online Banking transfer from CHK 3847 Confirmation# 1590410340 | | | 1,600.00 |
| 04/25/22 | Online Banking transfer from CHK 9258 Confirmation# 2390412460 | | | 550.00 |
| 04/26/22 | Online Banking transfer from CHK 3847 Confirmation# 2499844812 | | | 1,700.00 |
| 04/26/22 | Online Banking transfer from CHK 9258 Confirmation# 1299846640 | | | 700.00 |
| 04/27/22 | Online Banking transfer from CHK 3847 Confirmation# 1207129270 | | | 600.00 |
| 04/27/22 | Online Banking transfer from CHK 9258 Confirmation# 1107131517 | | | 100.00 |
| **Total deposits and other credits** | | | | **$63,508.93** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---:|
| 04/04/22 | CA TLR cash withdrawal from CHK 1609 | -1,000.00 |
| 04/04/22 | CA TLR cash withdrawal from CHK 1609 | -4,000.00 |
| 04/04/22 | CA DEPT TAX FEE  DES:CDTFA EPMT ID:10797065  INDN:BBC GROUP CA, LLC      CO ID:2822162215 CCD | -2,500.00 |
| 04/04/22 | Universal Waste  DES:PAYMENT    ID:101274812470  INDN:GROUP CA, 101274812470  CO ID:0383913206 CCD | -528.18 |
| 04/05/22 | TRANSFER BBC GROUP CA, LLC:Dynamic Town Square Confirmation# 1718801174 | -11,500.00 |
| 04/05/22 | TRANSFER BBC GROUP CA, LLC:Palm Deluxe Plaza LL Confirmation# 0118832007 | -7,157.90 |
| 04/05/22 | Zelle Transfer Conf# ognq8wh3p; Sotomayor, Jose | -1,000.00 |
| 04/06/22 | COLORADO REALTY  DES:SALE       ID:  INDN:BBC GROUP CA LLC      CO ID:9215986202 CCD | -3,800.00 |
| 04/07/22 | TRANSFER BBC GROUP CA, LLC:Shamrock Foods Confirmation# 0136498600 | -1,886.22 |
| 04/07/22 | Zelle Transfer Conf# plnzjkr0h; Sotomayor, Jose | -500.00 |
| 04/11/22 | Zelle Transfer Conf# mw45px2w6; Sotomayor, Jose | -250.00 |
| 04/12/22 | UNITED HEALTHCAR DES:EDI PAYMTS ID:351326304697  INDN:BBC GROUP CA LLC      CO ID:1411289245 CTX  ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.  CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | -961.21 |
| 04/13/22 | COX COMM LAS    DES: BANKDRAFT ID:476136442601001  INDN:BBC Group CA LLC      CO ID:1582406705 WEB | -562.00 |
| 04/15/22 | Universal Waste  DES:PAYMENT    ID:101284147637  INDN:Group CA L101284147637  CO ID:0383913206 CCD | -600.12 |
| 04/18/22 | CA TLR cash withdrawal from CHK 1609 | -3,500.00 |
| 04/18/22 | CA DEPT TAX FEE  DES:CDTFA EPMT ID:11063693  INDN:BBC GROUP CA, LLC      CO ID:2822162215 CCD | -2,500.00 |
| 04/19/22 | Legal Order, LTS D041922000002 | -1,068.14 |
| 04/27/22 | Zelle Transfer Conf# hhblkth2z; Tchamanian, Caroline | -3,229.11 |
| 04/27/22 | Customer Withdrawal Image | -500.00 |

**Card account # XXXX XXXX XXXX 0572**

| Date | Description | Amount |
|---|---|---:|
| 04/01/22 | CHEVRON/CSI-09  04/01 #000165716 PURCHASE CHEVRON/CSI-09811  LOS ANGELES   CA | -99.46 |
| 04/04/22 | CHECKCARD  0401 LOS ANGELES SELFSTORAGE LOS ANGELES  CA 24275392091020344336216 CKCD 4225 XXXXXXXXXXXX0572 XXXX XXXX XXXX 0572 | -1,114.00 |
| 04/04/22 | LA TOSTADERIA    04/04 #000238786 PURCHASE LA TOSTADERIA INC  LOS ANGELES   CA | -51.15 |
| 04/05/22 | CHECKCARD  0404 Deputy 130-0337889  GA 24793382094000038333753 RECURRING CKCD 5817 XXXXXXXXXXXX0572 XXXX XXXX XXXX 0572 | -130.50 |
| 04/06/22 | CHECKCARD  0405 SERVICE FEE 626-430-5350 TN 24137462095300661992147 CKCD 9399 XXXXXXXXXXXX0572 XXXX XXXX XXXX 0572 | -36.76 |
| 04/06/22 | CHECKCARD  0405 LACO PUBLIC HEALTH 626-430-5350 CA 24137462095300661992063 CKCD 9399 XXXXXXXXXXXX0572 XXXX XXXX XXXX 0572 | -1,655.89 |
| 04/06/22 | CHECKCARD  0405 CHEVRON 0092885 LOS ANGELES  CA 24692162095100176643182 CKCD 5542 XXXXXXXXXXXX0572 XXXX XXXX XXXX 0572 | -150.00 |
| 04/11/22 | Aldik Home       04/09 #000080619 PURCHASE Aldik Home       Van Nuys      CA | -522.32 |
| 04/12/22 | BIG LOTS  2243   04/12 #000934016 PURCHASE BIG LOTS  2243 FO  LA CANADA FLT CA | -48.18 |
| 04/14/22 | CHECKCARD  0413 WESTGUARD INS CO 800-673-2465 PA 24493982103206110100239 CKCD 6300 XXXXXXXXXXXX0572 XXXX XXXX XXXX 0572 | -4,417.09 |
| 04/15/22 | CHEVRON/CSI-09  04/15 #000833920 PURCHASE CHEVRON/CSI-09811  LOS ANGELES   CA | -32.75 |
| 04/18/22 | CHEVRON/ALWAN,  04/18 #000564387 PURCHASE CHEVRON/ALWAN, IN  LOS ANGELES   CA | -112.16 |
| 04/26/22 | BIG LOTS  2243   04/26 #000048854 PURCHASE BIG LOTS  2243 FO  LA CANADA FLT CA | -72.27 |
| 04/28/22 | KITCHEN DEPOT    04/28 #000034466 PURCHASE KITCHEN DEPOT       LOS ANGELES   CA | -32.70 |

*continued on the next page*

**BANK OF AMERICA**                                                                      **Your checking account**

BBC GROUP CA, LLC   |   REDACTED   609   |   April 1, 2022 to April 30, 2022

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 04/29/22 | CHECKCARD  0428 CHEVRON 0092885 LOS ANGELES  CA 24692162118100673936306 CKCD 5542 XXXXXXXXXXXX0572 XXXX XXXX XXXX 0572 | -75.01 |
| 04/29/22 | RESTAURANT DEP  04/29 #000469238 PURCHASE RESTAURANT DEPOT   PASADENA     CA | -190.52 |

**Subtotal for card account # XXXX XXXX XXXX 0572**            **-$8,740.76**
**Total withdrawals and other debits**                          **-$55,783.64**

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|---|---|---|---|---|---|---|
| 04/04/22 | 1196 | -1,200.00 | | 04/11/22 | 1199 | -1,638.17 |
| 04/05/22 | 1197 | -8,300.00 | | 04/28/22 | 1200 | -500.00 |
| 04/08/22 | 1198 | -850.00 | | 04/18/22 | 1201 | -345.00 |

**Total checks**            **-$12,833.17**
**Total # of checks**            **6**

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date | |
|---|---|---|---|
| Total Overdraft fees | $0.00 | $70.00 | We refunded to you a total of $35.00 in fees for Overdraft and/or NSF: Returned Items this year. |
| Total NSF: Returned Item fees | $0.00 | $35.00 | |

**We want to help you avoid overdraft and returned item fees.  Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 03/31/22. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

◯  $15,000+ combined average monthly balance in linked business accounts has not been met

✓  Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

continued on the next page

## Service fees - continued

| Date | Transaction description | Amount |
|---|---|---|
| 04/06/22 | External transfer fee - Next Day - 04/05/2022 | -5.00 |
| 04/06/22 | External transfer fee - Next Day - 04/05/2022 | -5.00 |
| 04/08/22 | External transfer fee - Next Day - 04/07/2022 | -5.00 |
| **Total service fees** | | **-$15.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 04/01 | 5,773.81 | 04/12 | 6,012.33 | 04/20 | 100.00 |
| 04/04 | 1,114.48 | 04/13 | 5,450.33 | 04/25 | 2,250.00 |
| 04/05 | 6,026.08 | 04/14 | 3,058.17 | 04/26 | 4,577.73 |
| 04/06 | 373.43 | 04/15 | 2,425.30 | 04/27 | 1,548.62 |
| 04/07 | 3,287.21 | 04/18 | 1,068.14 | 04/28 | 1,015.92 |
| 04/08 | 2,432.21 | 04/19 | 0.00 | 04/29 | 750.39 |
| 04/11 | 5,021.72 | | | | |

# BANK OF AMERICA

BBC GROUP CA, LLC   |   REDACTED   1609   |   April 1, 2022 to April 30, 2022

## Check images

**Account number: 3251 2603 1609**

| Check number: 1196   |   Amount: $1,200.00 | Check number: 1197   |   Amount: $8,300.00 |
|---|---|



Check number: 1198   |   Amount: $850.00

Check number: 1199   |   Amount: $1,638.17



Check number: 1200   |   Amount: $500.00

Check number: 1201   |   Amount: $345.00



This page intentionally left blank