

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 30, 2022 through May 31, 2022

Account Number: REDACTED

00045634 DRE 703 141 15222 NNNNNNNNNNN T 1 000000000 64 0000
BBC GROUP CA, LLC
3815 FAIRMEADE RD
PASADENA CA 91107-2229

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



### On June 12, 2022, fees for non-Chase ATM transactions are changing

We're making the following fee changes and, depending on the type of account you have with us, you may be affected:

- **Non-Chase ATM transactions fee* (Domestic Withdrawal, Domestic & International Balance Inquiry, Domestic & International Balance Transfers)**: This fee will increase from $2.50 to $3.00, but you can still avoid it by using Chase ATMs. The International Withdrawal Fee for ATMs outside the U.S., Puerto Rico and the U.S. Virgin Islands remains $5.00 per withdrawal. We'll continue to waive these fees for customers receiving Chase Military Banking benefits on their Chase Business Complete Checking$^{SM}$ accounts.

Please note: We'll continue to waive these fees for Chase Performance Business Checking® and Chase Platinum Business Checking$^{SM}$ accounts.

For more information about banking fees, please read the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement, which you can find at **chase.com/business-deposit-disclosures**, or visit a branch.

If you have any questions, please call the number on this statement. We accept operator relay calls.

*Fees from the ATM owner/networks may still apply.

## CHECKING SUMMARY   Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $99.60 |
| Deposits and Additions | 4 | 19,000.00 |
| Checks Paid | 11 | -15,781.86 |
| Electronic Withdrawals | 2 | -2,430.22 |
| Fees | 2 | -30.00 |
| **Ending Balance** | 19 | $857.52 |

The monthly service fee for this account was waived as an added feature of Chase Private Client Checking account.



April 30, 2022 through May 31, 2022

Account Number: 

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/20 | Online Transfer From Chk ...5152 Transaction#: 14390385301 | $7,000.00 |
| 05/25 | Fedwire Credit Via: Zions Bancorporation, NA Dba Nevada/122400779 B/O: V & H Pizza 1 LLC USA Ref: Chase Nyc/Ctr/Bnf=Bbc Group CA, LLC Pasadena CA 91107-2229 US/Ac-00000 0005830 Rfb=Getsnhcfqwshjn9O Imad: 0525L4B74B3C000079 Trn: 0124520145Ff | 5,000.00 |
| 05/25 | Online Transfer From Chk ...5152 Transaction#: 14422948972 | 1,000.00 |
| 05/26 | Fedwire Credit Via: Zions Bancorporation, NA Dba Nevada/122400779 B/O: George D Group LLC USA Ref: Chase Nyc/Ctr/Bnf=Bbc Group CA, LLC Pasadena CA 91107-2229 US/Ac-00000 0005830 Rfb=Cboj2Yhxbs8Qmrb5 Imad: 0526L4B74B3C000103 Trn: 0118200146Ff | 6,000.00 |
| **Total Deposits and Additions** | | **$19,000.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 51257 ^ | 05/26 | 05/26 | $2,582.02 |
| 51275 *^ | | 05/20 | 1,298.09 |
| 51276 ^ | | 05/26 | 2,976.42 |
| 51277 ^ | | 05/23 | 775.75 |
| 51278 ^ | | 05/20 | 1,133.95 |
| 51279 ^ | | 05/20 | 1,054.77 |
| 51280 ^ | | 05/20 | 756.22 |
| 51281 ^ | | 05/20 | 1,247.96 |
| 51282 ^ | | 05/25 | 987.31 |
| 51283 ^ | | 05/25 | 1,187.23 |
| 51285 *^ | 05/26 | 05/26 | 1,782.14 |
| **Total Checks Paid** | | | **$15,781.86** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/26 | Zelle Payment To Olga Genn Jpm999C8V5R7 | $2,289.03 |
| 05/27 | Orig CO Name:ADP Payroll Fees    Orig ID:9659605001 Desc Date:220527 CO Entry Descr:ADP - Feessec:CCD    Trace#:021000025815065 Eed:220527  Ind ID:2R967   6017453  Ind Name:Bbc Group CA LLC | 141.19 |
| **Total Electronic Withdrawals** | | **$2,430.22** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/25 | Domestic Incoming Wire Fee | $15.00 |
| 05/26 | Domestic Incoming Wire Fee | 15.00 |
| **Total Fees** | | **$30.00** |



April 30, 2022 through May 31, 2022

Account Number: 

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 05/20 | $1,608.61 |
| 05/23 | 832.86 |
| 05/25 | 4,643.32 |
| 05/26 | 998.71 |
| 05/27 | 857.52 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**





April 30, 2022 through May 31, 2022
Account Number: REDACTED

This Page Intentionally Left Blank