

P.O. Box 15284
Wilmington, DE 19850

BBC GROUP CA, LLC
1480 COLORADO BLVD STE 210
LOS ANGELES, CA  90041-2382

# Business Advantage

**Customer service information**

☐ 1.888.BUSINESS (1.888.287.4637)

✎ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

 Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

## Your Business Advantage Relationship Banking

for May 1, 2022 to May 31, 2022                                          Account ##REDACTED## 1609
**BBC GROUP CA, LLC**

### Account summary

| | |
|---|---:|
| Beginning balance on May 1, 2022 | $750.39 |
| Deposits and other credits | 48,985.94 |
| Withdrawals and other debits | -41,778.42 |
| Checks | -7,736.28 |
| Service fees | -29.95 |
| **Ending balance on May 31, 2022** | **$191.68** |

# of deposits/credits: 35
# of withdrawals/debits: 28
# of items-previous cycle[1]: 7
# of days in cycle: 31
Average ledger balance: $2,019.83

[1]Includes checks paid, deposited items and other debits

---

BANK OF AMERICA BUSINESS ADVANTAGE

### Remember, you've got a banking partner ready to help.

As your dedicated Small Business Banker, I'm here to guide you and help with all your business's financial needs. If you'd like to meet, please contact me.

Antranik Markarian
323.616.1248
amarkarian@bofa.com

SSM-07-21-0006.B  |  3646943

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation

Bank of America, N.A. Member FDIC and Equal Housing Lender



**Your checking account**

BBC GROUP CA, LLC    !   REDACTED    May 1, 2022 to May 31, 2022

## Deposits and other credits

| Date | Description | Amount |
|---|---|---:|
| 05/02/22 | Online Banking transfer from CHK 3847 Confirmation# 1249784571 | 4,500.00 |
| 05/02/22 | Online Banking transfer from CHK 9258 Confirmation# 3549787625 | 1,000.00 |
| 05/03/22 | Online Banking transfer from CHK 3847 Confirmation# 3362090041 | 1,500.00 |
| 05/03/22 | Legal Order Reversal, LTS D041922000002 | 1,068.14 |
| 05/03/22 | Online Banking transfer from CHK 9258 Confirmation# 1462091587 | 500.00 |
| 05/03/22 | Online Banking transfer from CHK 0971 Confirmation# 2362419543 | 250.00 |
| 05/04/22 | Online Banking transfer from CHK 3847 Confirmation# 1367203471 | 9,000.00 |
| 05/05/22 | Online Banking transfer from CHK 3847 Confirmation# 3177203791 | 2,200.00 |
| 05/05/22 | Online Banking transfer from CHK 9258 Confirmation# 1577205299 | 800.00 |
| 05/06/22 | Online Banking transfer from CHK 3847 Confirmation# 5185581226 | 1,750.00 |
| 05/06/22 | Online Banking transfer from CHK 0968 Confirmation# 5185588939 | 650.00 |
| 05/06/22 | Online Banking transfer from CHK 9258 Confirmation# 5285583895 | 250.00 |
| 05/10/22 | Online Banking transfer from CHK 3847 Confirmation# 3120609481 | 3,500.00 |
| 05/10/22 | Online Banking transfer from CHK 9258 Confirmation# 1320617723 | 400.00 |
| 05/12/22 | Online Banking transfer from CHK 3847 Confirmation# 1236201838 | 1,300.00 |
| 05/12/22 | Online Banking transfer from CHK 9258 Confirmation# 3536204873 | 600.00 |
| 05/12/22 | BKOFAMERICA MOBILE 05/12 3728120846 DEPOSIT          *MOBILE     CA | 250.62 |
| 05/16/22 | Online Banking transfer from CHK 3847 Confirmation# 2170873206 | 3,300.00 |
| 05/17/22 | Online Banking transfer from CHK 3847 Confirmation# 2480653162 | 1,700.00 |
| 05/17/22 | Online Banking transfer from CHK 9258 Confirmation# 2480651582 | 600.00 |
| 05/19/22 | Online Banking transfer from CHK 3847 Confirmation# 2196378126 | 1,150.00 |
| 05/19/22 | Online Banking transfer from CHK 0968 Confirmation# 1596381442 | 800.00 |
| 05/23/22 | CHECKCARD  0520 RESTAURANT DEPOT PASADENA     CA 7443565214170300482 | 317.18 |
| 05/24/22 | Online Banking transfer from CHK 3847 Confirmation# 3138776019 | 5,200.00 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Description | Amount |
|---|---|---:|
| 05/24/22 | Online Banking transfer from CHK 9258 Confirmation# 3143096304 | 150.00 |
| 05/24/22 | Online Banking transfer from CHK 1625 Confirmation# 3243091894 | 100.00 |
| 05/25/22 | Online Banking transfer from CHK 3847 Confirmation# 1149982455 | 600.00 |
| 05/25/22 | Online Banking transfer from CHK 0971 Confirmation# 3149989663 | 150.00 |
| 05/25/22 | Online Banking transfer from CHK 0984 Confirmation# 1149985915 | 100.00 |
| 05/27/22 | Online Banking transfer from CHK 3847 Confirmation# 2465797747 | 2,000.00 |
| 05/27/22 | Online Banking transfer from CHK 0968 Confirmation# 1565802992 | 200.00 |
| 05/31/22 | Online Banking transfer from CHK 3847 Confirmation# 3400330971 | 2,300.00 |
| 05/31/22 | Online Banking transfer from CHK 3847 Confirmation# 1202299326 | 500.00 |
| 05/31/22 | Online Banking transfer from CHK 0968 Confirmation# 3202302489 | 200.00 |
| 05/31/22 | Online Banking transfer from CHK 0971 Confirmation# 1102306585 | 100.00 |

**Total deposits and other credits** **$48,985.94**

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---:|
| 05/02/22 | CA DEPT TAX FEE  DES:CDTFA EPMT ID:11351120  INDN:BBC GROUP CA, LLC        CO ID:2822162215 CCD | -2,500.00 |
| 05/03/22 | Zelle Transfer Conf# jxsy7slml; Tchamanian, Caroline | -2,285.72 |
| 05/03/22 | Universal Waste  DES:PAYMENT    ID:101296235248  INDN:GROUP CA, 101296235248  CO ID:0383913206 CCD | -528.18 |
| 05/04/22 | CA TLR cash withdrawal from CHK 1609 | -2,436.00 |
| 05/05/22 | Customer Withdrawal Image | -9,500.00 |
| 05/06/22 | CA TLR cash withdrawal from CHK 1609 | -2,500.00 |
| 05/06/22 | ISUZU FINANCE    DES:BT0505     ID:000000176146308  INDN:BBC Group CA LLC        CO ID:1208595680 CCD | -1,307.02 |
| 05/10/22 | Zelle Transfer Conf# mml3inxer; Rubens Exhaust Cleaning | -1.00 |
| 05/10/22 | Zelle Transfer Conf# lm8cksnfb; Rubens Exhaust Cleaning | -524.00 |
| 05/11/22 | UNITED HEALTHCAR DES:EDI PAYMTS ID:351326334488  INDN:BBC GROUP CA LLC        CO ID:1411289245 CTX  ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.  CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | -961.21 |
| 05/11/22 | SPECTRUM           DES:SPECTRUM   ID:7235172  INDN:BBC GROUP CA LLC        CO ID:0000358635 WEB | -167.94 |
| 05/12/22 | CA TLR cash withdrawal from CHK 1609 | -1,000.00 |
| 05/12/22 | Customer Withdrawal Image | -2,781.40 |
| 05/16/22 | CA DEPT TAX FEE  DES:CDTFA EPMT ID:11278470  INDN:BBC GROUP CA, LLC        CO ID:2822162215 CCD | -2,500.00 |
| 05/25/22 | ISUZU FINANCE    DES:BT0524     ID:000000178098840  INDN:BBC Group CA LLC        CO ID:1208595680 CCD | -1,307.02 |
| 05/27/22 | Zelle Transfer Conf# hbvvb9jo2; DE LA TORRE PED | -2,000.00 |
| 05/31/22 | Zelle Transfer Conf# lprew46r2; DE LA TORRE PED | -780.00 |
| 05/31/22 | CA DEPT TAX FEE  DES:CDTFA EPMT ID:11400222  INDN:BBC GROUP CA, LLC        CO ID:2822162215 CCD | -2,500.00 |

*continued on the next page*



**Your checking account**

BBC GROUP CA, LLC    | May 1, 2022 to May 31, 2022

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| Card account # XXXX XXXX XXXX 0572 | | |
| 05/02/22 | CHECKCARD  0501 LOS ANGELES SELFSTORAGE LOS ANGELES  CA 24275392121020423739292 CKCD 4225 XXXXXXXXXXXX0572 XXXX XXXX XXXX 0572 | -1,114.00 |
| 05/04/22 | CHECKCARD  0503 Deputy 041-2186249  GA 24793382123280400870658 RECURRING CKCD 5817 XXXXXXXXXXXX0572 XXXX XXXX XXXX 0572 | -90.00 |
| 05/04/22 | CHECKCARD  0504 AMERICA OIL CO PASADENA    CA CKCD 5542 XXXXXXXXXXXX0572 XXXX XXXX XXXX 0572 | -82.45 |
| 05/12/22 | CHECKCARD  0512 AMERICA OIL CO PASADENA    CA CKCD 5542 XXXXXXXXXXXX0572 XXXX XXXX XXXX 0572 | -90.10 |
| 05/19/22 | CHEVRON/CSI-09  05/19 #000896044 PURCHASE CHEVRON/CSI-09811  LOS ANGELES   CA | -84.83 |
| 05/23/22 | CHECKCARD  0519 RESTAURANT DEPOT PASADENA    CA 24435652141703004821361 CKCD 5411 XXXXXXXXXXXX0572 XXXX XXXX XXXX 0572 | -4,737.55 |
| **Subtotal for card account # XXXX XXXX XXXX 0572** | | **-$6,198.93** |
| **Total withdrawals and other debits** | | **-$41,778.42** |

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 05/02/22 | 1202 | -1,643.28 | 05/25/22 | 1205* | -6,000.00 |
| 05/09/22 | 1203 | -93.00 | | | |
| | | | **Total checks** | | **-$7,736.28** |
| | | | **Total # of checks** | | **3** |

*   There is a gap in sequential check numbers

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date | |
|---|---|---|---|
| Total Overdraft fees | $0.00 | $70.00 | We refunded to you a total of $35.00 in fees for Overdraft and/or NSF: Returned Items this year. |
| Total NSF: Returned Item fees | $0.00 | $35.00 | |

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**
-   Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
-   Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

continued on the next page

## Service fees - continued

Based on the activity on your business accounts for the statement period ending 04/29/22, a Monthly Fee was charged for your primary Business Advantage Relationship Banking account. You can avoid the fee in the future by meeting one of the requirements below:

- ◯ $15,000+ combined average monthly balance in linked business accounts
- ◯ Become a member of Preferred Rewards for Business

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 05/02/22 | Monthly Fee Business Adv Relationship | -29.95 |
| **Total service fees** | | **-$29.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 05/01 | 750.39 | 05/09 | 108.93 | 05/19 | 5,599.07 |
| 05/02 | 963.16 | 05/10 | 3,483.93 | 05/23 | 1,178.70 |
| 05/03 | 1,467.40 | 05/11 | 2,354.78 | 05/24 | 6,628.70 |
| 05/04 | 7,858.95 | 05/12 | 633.90 | 05/25 | 171.68 |
| 05/05 | 1,358.95 | 05/16 | 1,433.90 | 05/27 | 371.68 |
| 05/06 | 201.93 | 05/17 | 3,733.90 | 05/31 | 191.68 |



BBC GROUP CA, LLC   |   REDACTED   May 1, 2022 to May 31, 2022

## Check images

**Account number: 3251 2603 1609**

Check number: 1202   |   Amount:  $1,643.28         Check number: 1203   |   Amount:  $93.00

     

Check number: 1205   |   Amount:  $6,000.00



## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**More Great News!**

On March 4, 2022, we stopped charging Returned Item Chargeback fees on personal and small business checking accounts if a check or item that we cashed for you or accepted for deposit to your account is returned to us unpaid.

Earlier this year, we also announced these changes:

- NSF: Returned Item Fees are no longer charged if we DECLINE or RETURN an item unpaid when there are not enough funds in your account to cover it.

- Starting May 24, 2022 - Overdraft Protection Transfer Fees will no longer be charged for transfers to your checking account from your linked backup account(s) through Balance Connect(TM) for overdraft protection.

    Keep in mind, overdraft protection transfers from credit accounts and home equity lines of credit will continue to accrue interest, and transfers from personal savings accounts may still lead to a Withdrawal Limit Fee, as they do today.

We are also reducing overdraft fees on personal and small business checking accounts.

- Starting May 24, 2022 - Overdraft Item Fees will be lowered from $35 to $10 for each item we PAY when there are not enough funds to cover it, resulting in an overdraft on your account. We will also charge no more than two of these fees each day on any checking account (previously up to four fees were charged each day).

These fee changes and earlier changes over the last decade, together with industry-leading solutions, are helping our clients create long-term financial wellness and avoid overdraft fees.