_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
July 26, 2022

Ballstaedt Law Firm, LLC dba Fair Fee Legal Services
Seth D. Ballstaedt, Esq. Bar # 11516
8751 W Charleston Blvd #220
Las Vegas, NV 89117
(702) 715-0000
help@bkvegas.com

e-filed 07/21/2022

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 22-11539-mkn |
| | Trustee: Brain Shapiro |
| BBC GROUP CA, LLC | Chapter: 11 |
| Debtor(s) | Hearing Date: 07/13/2022 |
| | Hearing Time: 9:30am |

### ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

This matter, having come before the court on 07/13/2022 at 9:30am , for the motion directing for joint administration of Chapter 11 cases, pursuant to sections 101(2 and 105(A) of the Bankruptcy Code, Bankruptcy Rule 1015(b), and Local Rule 1015, as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested

therein pursuant to 28 U.S.C. §§ 157 and 1134, and Local Rule 1001(b)(1); and consideration of the motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been provided hereby orders:

**IT IS HEREBY ORDERED** that the Motion Directing for Joint Administration of Chapter 11 Cases is **GRANTED**;

**IT IS FURTHER ORDERED** that the Chapter 11 Cases are to be jointly administered by this Court under the designated Lead Case no. 22-11538-mkn BBC GROUP NV, LLC, and all papers related to the above referenced Debtors shall be docketed in the Lead Case.

**IT IS FURTHER ORDERED** that nothing contained in the Motion or this Order shall be deemed or construed as directing the substantive consolidation of these Chapter 11 Cases.

**IT IS FURTHER ORDERED** that the Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

**IT IS FURTHER ORDERED** that the monthly operating reports are not to be filed jointly. Separate operating reports are required for each respective case.

**IT IS FINALLY ORDERED** that the Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order

**IT IS SO ORDERED.**

Submitted by:

/s/ Seth D Ballstaedt, Esq.
Seth D Ballstaedt, Esq.
*Proposed Attorney for Debtor(s)*

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately

reflects the court's ruling and that (check one):

___ The court has waived the requirement of approval under LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

_x_ I have delivered a copy of this processed order to all counsel who appeared at the hearing, and each has approved the order, or failed to respond, as indicated below:

| Party | Approved | Disapproved | Failed to Respond |
| --- | --- | --- | --- |

/s/ Carlos R. Hernandez-Vivoni, Esq.                                                                Approved
Carlos R. Hernandez-Vivoni, Esq.
Attorney for the United States Trustee

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###